1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DESIREE HOLLAND

        Plaintiff(s),

  vs.

PINNACLE SERVICES INC., d/b/a
Pinnacle Collection Services

        Defendant(s).

Case #3:23-cv-00071

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

        James J. Parr        , Petitioner, respectfully represents to the Court:
       (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

        Agruss Law Firm, LLC
        (firm name)

with offices at   4809 N. Ravenswood Ave, Suite 419  ,
        (street address)

  Chicago  ,  Illinois  ,  60640  ,
  (city)       (state)       (zip code)

  312-224-4695  ,  james@agrusslawfirm.com  .
(area code + telephone number)      (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

  Desiree Holland  to provide legal representation in connection with
  [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 11/06/2014 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Illinois (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Exhibit A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

```
none
```

7. That Petitioner is a member of good standing in the following Bar Associations.

```
Bar of Illinois
```

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 08/09/2021 | 2:21-cv-0138 | District Court | Granted |
| 07/05/2022 | 2:22-cv-00131 | District Court | Granted |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Illinois         )
COUNTY OF Cook            )

James J. Parr, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

14th day of March, 2023.

_____
Notary Public or Clerk of Court

OFFICIAL SEAL
MICHAEL BERTUCCI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES MAY 26, 2026

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Craig Friedberg, Esq.__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

4760 South Pecos Road, Suite 103
(street address)

Las Vegas, Nevada, 89121
(city)      (state)    (zip code)

(702) 435-7968 , attcbf@cox.net
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) __Craig Friedberg, Esq.__ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_Desiree Holland_ (signature)
(party's signature)

Desiree Holland
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_signature_
Designated Resident Nevada Counsel's signature

4606                          attcbf@cox.net
Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# EXHIBIT A

1. I am a member of good standing of the bars of Illinois (admitted November 6, 2014) and of the following United States District Courts: Northern District of Illinois (admitted March 12, 2015), Central District of Illinois (admitted May 11, 2017), Southern District of Illinois (admitted May 3, 2017), Northern District of Indiana (admitted February 1, 2018), Eastern District of Michigan (admitted January 4, 2017), Southern District of Texas (admitted January 19, 2017), Northern District of Texas (admitted May 26, 2020), Western District of Texas (admitted April 22, 2022), District of Colorado (admitted January 16, 2019), District of Nebraska (admitted October 18, 2019), Eastern District of Oklahoma (admitted October 28, 2019), Western District of New York (December 9, 2019), Eastern District of Wisconsin (admitted December 28, 2015), Eastern District of Missouri (admitted September 8, 2020), Western District of Tennessee (admitted November 9, 2020), Southern District of Indiana (admitted April 23, 2021) and Western District of Texas (admitted April 22, 2022).

2. My bar identification number is:

    a. **Illinois State Bar Number** – 6317921

DATED:  March 14, 2023                                   RESPECTFULLY SUBMITTED,

                                                                                    By: /s/ James J. Parr
                                                                                          James Parr
                                                                                          4809 N. Ravenswood Ave
                                                                                          Suite 419
                                                                                          Chicago, IL 60640
                                                                                          Tel: 312-224-4695
                                                                                          Fax: 312-253-4451
                                                                                          james@agrusslawfirm.com

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

James Joshua Parr

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/06/2014 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 15th day of March, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois