UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DESIREE HOLLAND,<br><br>       Plaintiff,<br><br> v.<br><br>PINNACLE SERVICES, INC., *and* BRIAN C. CHEW,<br><br>       Defendant. | Case No. 3:23-CV-00071-MMD-CLB<br><br>**ORDER GRANTING MOTION FOR ENTRY OF ORDER DIRECTING PRODUCTION OF RECORDS**<br><br>[ECF No. 39] |

  Currently pending before the Court is Holland's motion for entry of an order directing production of records from Pinnacle's telephone provider, Charter Communications, Inc. ("Charter"). (ECF No. 39.) Holland seeks a court order because Charter represented it would not comply with Holland's subpoena until ordered to do so by the Court pursuant to 47 U.S.C. § 551(c)(2)(B). (*Id.*) As the Court denied the motion to quash the subpoena, the Court now orders Charter to comply with the subpoena issued by Holland. The Court's ruling on Defendants' motion to quash also renders moot any requirement that Charter give Defendants notice of the subpoena.

  **IT IS THEREFORE ORDERED** that Holland's motion for entry of an order directing production of records, (ECF No. 39), is **GRANTED**;

  **IT IS FURTHER ORDERED** that counsel for Holland shall provide Charter Communications, Inc., with a copy of this Order and agree to pay reasonable copying and search costs for producing responsive records and/or information;

  **IT IS FURTHER ORDERED** that Charter Communications, Inc., must provide Holland with the subpoenaed information within fourteen days of this order.

  **IT IS SO ORDERED.**

  **DATED**: <u>October 26, 2023</u>.

                             _____
                             UNITED STATES MAGISTRATE JUDGE