Craig B. Friedberg, Esq.
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
(702) 435-7968 – telephone
attcbf@cox.net

James J. Parr, Esq.
AGRUSS LAW FIRM, LLC
Illinois Bar No.: 6317921
1301 W. 22nd St, Suite 711
Oak Brook, IL 60523
(312) 224-4695 – telephone
(312) 253-4451 – facsimile
james.parr@844seemike.com
***Admitted Pro Hac Vice***

Attorneys for Plaintiff, DESIREE HOLLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DESIREE HOLLAND,<br><br>    Plaintiff,<br>v.<br><br>PINNACLE SERVICES INC., *doing business as*, Summit Collection Services; and BRIAN C. CHEW,<br><br>    Defendants. | Case No.: 3:23-cv-00071-MMD-CLB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, DESIREE HOLLAND, ("Plaintiff"), through her attorneys, informs this Honorable Court that Plaintiff and Defendants, PINNACLE SERVICES INC., *doing business as*, Summit Collection Services; and BRIAN C. CHEW, have reached a settlement in this case. Plaintiff anticipates dismissing Defendants, with prejudice, within 60 days.

1

DATED: February 19, 2024     RESPECTFULLY SUBMITTED,

By:   /s/ James J. Parr
James J. Parr
Agruss Law Firm, LLC
1301 W. 22nd St, Suite 711
Oak Brook, IL 60523
Tel: 312-224-4695
Fax: 312-253-4451
james.parr@844seemike.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on February 19, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ James J. Parr
James J. Parr