Craig B. Friedberg, Esq.
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
(702) 435-7968 – telephone
attcbf@cox.net

James J. Parr, Esq.
AGRUSS LAW FIRM, LLC
Illinois Bar No.: 6317921
1301 W. 22nd St, Suite 711
Oak Brook, IL 60523
(312) 224-4695 – telephone
(312) 253-4451 – facsimile
james.parr@844seemike.com
***Admitted Pro Hac Vice***

Attorney for Plaintiff, DESIREE HOLLAND

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DESIREE HOLLAND,<br><br>    Plaintiff,<br>v.<br><br>PINNACLE SERVICES INC., *doing business as*, Summit Collection Services; and BRIAN C. CHEW<br><br>    Defendant. | Case No.: 3:23-cv-00071-MMD-CLB<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff, DESIREE HOLLAND, and Defendants, PINNACLE SERVICES INC., *doing business as*, Summit Collection Services and BRIAN CHEW, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

1

DATED:  May 24, 2024                    RESPECTFULLY SUBMITTED BY:

/s/ James J. Parr                                  /s/ Clifton Young
James J. Parr                                      Clifton Young
Agruss Law Firm, LLC                               80 Continental Drive, Suite 101
1301 W. 22nd St, Suite 711                         Reno, Nevada 89509
Oak Brook, IL 60523                                Tel: 775-323-1898
Tel: 312-224-4695                                  Fax: 775-786-3388
Fax: 312-253-4451                                  cliffyounglaw@yahoo.com
james.parr@844seemike.com                          Attorney for Defendant
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on May 24, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ James J. Parr
James J. Parr