Craig B. Friedberg, Esq.
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
(702) 435-7968 – telephone
attcbf@cox.net

James J. Parr, Esq.
AGRUSS LAW FIRM, LLC
Illinois Bar No.: 6317921
1301 W. 22nd St, Suite 711
Oak Brook, IL 60523
(312) 224-4695 – telephone
(312) 253-4451 – facsimile
james.parr@844seemike.com
***Admitted Pro Hac Vice***

Attorney for Plaintiff, DESIREE HOLLAND

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DESIREE HOLLAND,<br><br>      Plaintiff,<br>   v.<br><br>PINNACLE SERVICES INC., *doing business as*, Summit Collection Services; and BRIAN C. CHEW<br>      Defendant. | Case No.: 3:23-cv-00071-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff, DESIREE HOLLAND, and Defendants, PINNACLE SERVICES INC., *doing business as*, Summit Collection Services and BRIAN CHEW, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

1

DATED:  May 24, 2024

/s/ James J. Parr

James J. Parr
Agruss Law Firm, LLC
1301 W. 22nd St, Suite 711
Oak Brook, IL 60523
Tel: 312-224-4695
Fax: 312-253-4451
james.parr@844seemike.com
Attorney for Plaintiff

RESPECTFULLY SUBMITTED BY:

/s/ Clifton Young

Clifton Young
80 Continental Drive, Suite 101
Reno, Nevada 89509
Tel: 775-323-1898
Fax: 775-786-3388
cliffyounglaw@yahoo.com
Attorney for Defendant

**ORDER**

IT IS SO ORDERED:

DATED: May 24, 2024

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that on May 24, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By:  /s/ James J. Parr
James J. Parr

2